**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

GARY GOLDINER,

       Plaintiff,

v.

                                         CASE NO. 21-CV-60741 RKA

PLANTATION GENERAL HOSPITAL
LIMITED PARTNERSHIP d/b/a
PLANTATION GENERAL HOSPITAL a/k/a
PGH and HD&S CORP. SUCCESSOR, INC.
d/b/a PLANTATION GENERAL HOSPITAL
a/k/a HCA a/k/a PGH,

       Defendants.

_____/

## JOINT MOTION TO REOPEN CASE AND SET STATUS CONFERENCE

The Plaintiff, **Gary Goldiner**, and the Defendants **Plantation General Hospital Limited Partnership** d/b/a Plantation General Hospital and **HD&S Corp. Successor, Inc.** d/b/a Plantation General Hospital, hereby request that the Court set a Status Conference to address scheduling issues, set pretrial deadlines and a new trial date.  As grounds for this Motion, the parties state as follows.

1.      This is an employment discrimination claim alleging discriminatory and retaliatory actions based on Plaintiff's need for medical leave, disability status, race, national origin, age, and religion that allegedly arose from his past employment with Defendants.   After initial discovery conducted by the parties, and the filing of a Motion for Sanctions by Defendants (DE 40), former counsel for Plaintiff filed a motion to withdraw from representation (DE 41).

2.      By Order dated August 20, 2021 (DE 44), this Court granted the Motion to Withdraw, stayed all pretrial deadlines, and administratively closed the case until Plaintiff either obtained new counsel or filed a notice electing to proceed pro se.

127864066.1

3.      On November 18, 2021, new counsel filed appearances on behalf of Plaintiff (DE 50 & 51).

4.      In light on the appearance of new counsel, and since counsel will need time to familiarize themselves with the case,  the parties request that this Court set a Status Conference in order to set a new trial date and pretrial deadlines.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 29, 2021,**  I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing generated by CM/ECF.

 /s/  *Alexander D. del Russo*
Alexander D. del Russo
Florida Bar No.: 350273
Jennifer A. Yasko
Florida Bar No.:  109604
adelrusso@carltonfields.com
jyasko@carltonfields.com
kcasazza@carltonfields.com
**CARLTON FIELDS, P.A.**
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL  33401-6350
Telephone: (561) 659-7070
*Attorneys for Defendants*

127864066.1

<u>**SERVICE LIST**</u>

**Gary Goldiner v. Plantation General Hospital Limited Partnership d/b/a Plantation General Hospital a/k/a PGH and HD&S Corp. Successor, Inc. d/b/a Plantation General Hospital, a/k/a HCA a/k/a PGH**
**Case No.:  21-cv-60741 RKA**

Thomas L. Hunker
V. Ashley Paxton
Hunker Appeals
110 SE 6th Street
Suite 2330
Fort Lauderdale, FL 33301
Telephone:  (877) 841-8808
Facsimile:  (954) 477-7313
thomas@hunkerappeals.com
ashley@hunkerappeals.com
tamara@hunkerappeals.com
service@hunkerappeals.com
*Counsel for Plaintiff*

**<u>VIA CM/ECF</u>**

127864066.1